IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSEPH T. MARTIN,

      Appellant,

 v.                                              Case No.  5D16-3427

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed July 7, 2017

Appeal from the Circuit Court
for Brevard County,
James H. Earp, Judge.

Joseph N. D'Achille, Jr., of Joseph N.
D'Achille Jr.,P.A., Melbourne, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and L C. Matthews, Assistant
Attorney General, Daytona Beach, for
Appellee.

PER CURIAM.

Joseph T. Martin appeals the restitution order entered by the trial court in connection with his no contest plea to a charge of dealing in stolen property. The State properly concedes that the restitution order improperly ordered restitution as to items not covered by the dealing in stolen property count. Accordingly, we reverse the restitution order and remand for a new restitution hearing.

REVERSED and REMANDED.

PALMER, EVANDER and LAMBERT, JJ., concur.